UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                Case No. 8:09-CR-107-T-24-EAJ

CHARLES L. HUTCHINSON and
FRANKLYN M. KRIEGER
_____/

## ORDER

Upon the Unopposed Motion to Dismiss filed by the United States and without opposition by counsel for the defendants,

IT IS HEREBY ORDERED that the Second Superseding Indictment against CHARLES L. HUTCHINSON and FRANKLYN M. KRIEGER is dismissed with prejudice

_____
HONORABLE SUSAN C. BUCKLEW
United States District Judge
July 8, 2011
Tampa, FL